IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00106-GCM

| | |
|---|---|
| ROBERT RICCIANI, DULCY RICCIANI, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOES, MARRIOT INTERNTIONAL, INC., ABC CORP., FAIRFIELD INN BY MARRIOT LIMITED PARTNERSHIP, XYZ INC., NCSC CHARLOTTE OWNER LLC, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on its own motion. On August 9, 2021, the Court ordered that the case would be dismissed without prejudice for lack of prosecution, unless Plaintiffs showed cause why the action should not be dismissed (ECF No. 3). Plaintiffs' attorney has represented to the Court that settlement negotiations with the Defendant are ongoing and asks that the Court not dismiss this matter. The Court's order to dismiss shall be stayed for thirty (30) days following the entry of this Order.

**SO ORDERED**.

Signed: August 31, 2021

Graham C. Mullen
United States District Judge