## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CV-00106-GCM

| | |
|---|---|
| **ROBERT RICCIANI,**<br>**DULCY RICCIANI,**<br><br>       **Plaintiffs,**<br><br>  **v.**<br><br>**XYZ INC.,**<br>**FAIRFIELD INN BY MARRIOT**<br>**LIMITED PARTNERSHIP,**<br>**MARRIOT INTERNATIONAL, INC.,**<br>**JOHN DOES,**<br>**NCSC CHARLOTTE OWNER LLC,**<br>**ABC CORP.,**<br><br>       **Defendants.** | **ORDER** |

       **THIS MATTER** comes before the Court on its own motion. The Court notes that an attorney barred in the State of New Jersey has repeatedly signed Plaintiffs' pleadings and communications to the Court (ECF No. 5, 17). Although the Plaintiffs initially filed a *pro se* Complaint (ECF No. 1), the attorney stated that "Plaintiffs have periodically requested that we assist them with filings involved in this matter." ECF No. 17 at 2.

       The Court directs counsel to Local Civil Rule 83.1. An attorney making a general appearance before the Court must comply with the rules and regulations of this Court—specifically, those provisions related to *pro hac vice* admission to this district's bar.

       **IT IS THEREFORE ORDERED** that Plaintiffs' counsel take the appropriate measures if he intends to appear in this matter.

       **SO ORDERED.**

Signed: September 30, 2021

Graham C. Mullen
United States District Judge